1  ALEJANDRO N. MAYORKAS
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JON PEARSON
4  Assistant United States Attorney
   Bar Number 151461
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California  90012
        Telephone:   (213) 894-2574
7       Facsimile:   (213) 894-7327

8  Attorneys for Defendants
   Larry Russell and Joe Digiacomo

9

10                       UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                            WESTERN DIVISION

13  MICHAEL NEWMAN,                          ) NO. 01-03609 R (CWx)
                                             )
14       Plaintiff,                          ) NOTICE OF REMOVAL
                                             )
15       v.,                                 ) OF CIVIL ACTION.
                                             )
16  Christopher Frantz, Joan Desens, Larry   ) [28 U.S.C. §
    Russell, Joe Digiacomo, Carl Desens, David )
17  Nochimson, Meredith Baer, John C. Dvorak,) 2679(d)(2)]
    Lewis Lapham, George Plimpton, David Remnick, )
18  Burton Bernstein, Ed Esber, O. Perry Clay,)
    Keystone Towing, Chris Galvin, J.D. Posti,)
19  Paul Hoffman, Perry's, Erwin Chemerinsky,)
    Carolyn Sobel, Raymond A. Jensen, Jim Dooley,)
20  Mortimer Zuckerman, Arthur Ochs Sulzberger,)
    Jr., A. M. Rosenthal, Tom Wicker, Ken     )
21  Chandler, Rodgers Frantz, Marcia Frantz, Peter )
    Matorin, Bob Guccione, Jr., Bob Guccione, Sr.,)
22  Gary Kurfirst, Nick Anis, Patty Anis, Glen )
    Heimert, Robert Chiang, Mr. Robert Roth, Mrs.)
23  Robert Roth, Postmaster, Onika Coles, Peter H.)
    Lewis, Edward Mendelson, Jamie Berstein,  )
24  Ramona Ripston, Mark Rosenbaum, Bob       )
    Archenhold, Linda Van Kuran, Mimi Dvorak, )
25  Susan Davis, Leonard Roberts, Hanan Lobel, Ted )
    Kelley, James Merrill, Mrs. George Plimpton,)
26  and Barbara Mork,                         )
                                             )
27       Defendants                          )
    _____)

28

1  TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
2  CALIFORNIA:
3     Pursuant to the provisions of 28 U.S.C. § 2679(d)(2),
4  defendants Larry Russell and Joe Digiacomo, hereby remove the above-
5  entitled action from the Los Angeles County Superior Court, Central
6  District, Small Claims Division, to this Honorable Court. The
7  grounds for this removal are as follows:
8     1. Defendants Larry Russell and Joe Digiacomo, at all relevant
9  times, were employees of the United States Postal Service, acting
10 within the course and scope of their employment. Messrs. Russell
11 and Digiacomo are named as defendants in the above captioned action,
12 which was filed on or about February 20, 2001, in the Los Angeles
13 County Superior Court, Small Claims Division.
14    2. The complaint (a copy of which is attached hereto) names a
15 large number of defendants and alleges that the defendants were
16 involved in a "conspiracy to commit felony murder, bad faith
17 dealing, defamation, civil rights violations and human rights,
18 failure to report crime and obstruction of justice." Plaintiff sues
19 for the sum of $2,500. Defendants Larry Russell and Joe Digiacomo
20 are employees of the United States Postal Service. The allegations
21 against the two Postal Service employees appear to involve Mr.
22 Russell's denial of a request by plaintiff that plaintiff's mail be
23 forwarded to a general delivery address. It is likely that
24 plaintiff included Mr. Digiacomo as a party defendant only because
25 he is Russell's supervisor.
26    3. This action is one which must be removed to this Court
27 pursuant to 28 U.S.C. § 2679(d)(2) in that defendants Russell and
28

-1-

1 Digiacomo, at all material times, were employed by the United States
2 of America and were acting in the course and scope of their
3 employment with the United States Postal Service when the alleged
4 incidents occurred.  See, Certification of United States Attorney,
5 filed herewith.

6     4.  This notice is being filed on behalf of the United States,
7 and no bond is required under the terms of 28 U.S.C. § 2408.

8     WHEREFORE, defendants Larry Russell and Joe Digiacomo remove
9 this action now pending in the Los Angeles County Superior Court,
10 Central District, Small Claims Division, Case No. LAM 01M03404, to
11 the United States District Court for the Central District of
12 California.

13     DATED: April 19, 2001

ALEJANDRO N. MAYORKAS
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Jon Pearson*

JON PEARSON
Assistant United States Attorney

Attorneys for Defendants Larry Russell and Joe Digiacomo

## CERTIFICATION OF THE
## UNITED STATES ATTORNEY

Pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.3(a), I hereby certify as follows:

1. I have read the Complaint in this action; and,

2. On the basis of the information now available to me with respect to the incidents referred to in the Complaint, defendants Larry Russell and Joe Digiacomo were acting within the course and scope of their employment with the United States, at all times material to such alleged incidents.

DATED: April 13, 2001

_____
ALEJANDRO N. MAYORKAS
United States Attorney
Central District of California

| | |
|---|---|
| CENTRAL DISTRICT     (-19462- )<br>COUNTY COURTHOUSE, 110 N. GRAND AVE., LOS ANGELES, CA. | SMALL CLAIMS CASE NO: LAM 01M03404 |

**- NOTICE TO DEFENDANT -     YOU ARE BEING SUED BY PLAINTIFF**
To protect your rights, you must appear in this court on the trial date shown below. You may lose the case if you do not appear. The court may award the plaintiff the amount of the claim and the costs. Your wages, money, and property may be taken without further warning from the court.

**- AVISO AL DEMANDADO -     A USTED LO ESTAN DEMANDANDO**
Para proteger sus derechos, usted debe presentarse ante esta corte en la fecha del juicio indicada abajo. Si no se presenta, puede perder el caso. La corte puede decidir en favor del demandante por la cantidad del reclamo y los costos. A usted le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte.

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| NEWMAN, MICHAEL | FRANTZ, CHRISTOPHER ET AL |
| 1616 7TH ST<br>SANTA MONICA, CA   90401 | 420 STURGES HIGHWAY<br>WESTPORT, CT     06530 |
| | DESENS, JOAN |
| | 3 LEATHER STOCKING STREET<br>COOPERSTOWN, NY   13326 |

Fict. Bus. Name Stmt. No.          Expires:
\*\*\*\*\*\*\* SEE ATTACHED SHEET FOR ADDITIONAL PLAINTIFFS AND DEFENDANTS.          \*\*\*\*\*\*\*

### PLAINTIFF'S CLAIM

1.  [ X ] a. Defendant owes me the sum of $  2500.00  , not including court costs, because (describe claim and date):
    5ONSPIRACY TO COMMIT FELONY MURDER,BAD FAITH DEALING,DEFAMATION,     Date: 07 /10 /2000
    CIVIL RIGHTS VIOLATIONS AND HUMAN RIGHTS. FAILURE TO REPORT CRIME
    AND OBSTRUCTION OF JUSTICE
    [  ] b. I have had an **arbitration of an attorney-client fee dispute**. (Attach Attorney-Client fee Dispute form (see form SC-101)).
2.  [  ] This claim is against a government agency, and I filed a claim  with the agency. My claim was denied by the agency, or the agency did not act on my claim before the legal deadline. (See form SC-150.)
3.  [  ] a. I have asked defendant to pay this money, but it has not been paid.
    [ X ] b. I have NOT asked defendant to pay this money because (explain):
    I WANT JUSTICE NOT MONEY
4.  This court is the proper court for the trial because [ F ] (In the box at the left, insert one of the letters from the list called "Venue Table" on the back of this sheet. If you select D, E, or F, specify additional facts in this space):
    DIVERSE OUT OF STATE MANY DESTINATIONS
    FOR DEFENDANTS
5.  I have  [ X ] have not [  ] filed more than one other small  claims action anywhere in California during this calendar year in which the amount demanded is more than $2,500.
6.  I have  [  ] have not [ X ] filed more than 12 claims in this court, including this claim, during the previous 12 months.
7.  **I understand that**
    a. I may talk to an attorney about this claim, but I cannot be  represented by an attorney at the trial in the small claims court.
    b. I must appear at the time and place of trial and bring all witnesses, books, receipts, and other papers or things to prove my case.
    c. **I have no right of appeal on my claim**, but I may appeal a claim filed by the defendant in this case.
    d. If I cannot afford to pay the fees for filing or service by a sheriff, marshal, or constable, I may ask that the fees be waived.
8.  I have received and read the sheet explaining some important rights of plaintiffs in the small claims court.
9.  No defendant is in the military service     [  ] except (name):
    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

| DATE<br>02/20/2001 | TYPE OR PRINT PLAINTIFF'S NAME<br>MICHAEL NEWMAN | SIGNATURE OF PLAINTIFF<br>= > > |
|---|---|---|

### ORDER TO DEFENDANT

You must appear in this court on the trial date and time SHOWN BELOW if you do not agree with the plaintiff's claim. Bring all witnesses, books, receipts, and other papers or things with you to support your case.

| HEARING DATE<br>FECHA DEL JUICIO | DATE<br>05/01/2001 | DAY<br>TUE | TIME<br>01:30 PM | DIVISION<br>005 | LOCATION<br>5TH FLOOR, RM 541 |
|---|---|---|---|---|---|

Filed on (date):  02/20/2001          JOHN A. CLARKE, Executive Officer/Clerk
                                      By HECTOR GARCIA                    , Deputy

THE COUNTY PROVIDES SMALL CLAIMS ADVISOR SERVICES FREE OF CHARGE. READ THE INFORMATION ON THE REVERSE.

SC-100 (Rev. 1-98)     **PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT (Small Claims)**
**EITHER PARTY MAY REQUEST A POSTPONEMENT IN WRITING 7 CALENDAR DAYS PRIOR TO TRIAL, FEE $10.00**

4

**ATTACHMENT**


Attach

CENTRAL DISTRICT
COUNTY COURTHOUSE, 110 N. GRAND AVE.
LOS ANGELES

SMALL CLAIMS CASE NO: LAM 01M03404

Names and addresses of additional plaintiffs and defendants:
*Nombres y direcciones de los demandantes y demandados adicionales:*

PLAINTIFF/DEMANDANTE

DEFENDANT/DEMANDADO

DESENS, CARL

3 LEATHER STOCKING ST
COOPERSTOWN, NY    06530

NOCHIMSON, DAVID

1801 CENTURY PARK WEST
LOS ANGELES, CA    90067

BAER, MERIDITH

1513 4TH ST
SANTA MONICA, CA    90401

DVORAK, JOHN C

28 W 28TH ST
NEW YORK, NY    10016

LAPHAM, LEWIS

2 PARK AVENUE
NEW YORK, NY    10016

PLIMPTON, GEORGE

541 EAST 72ND STREET
NEW YORK, NY    10021

REMNICK, DAVID

25 W 43RD ST
NEW YOKK, NY    10036

BERNSTEIN, BURTON

25 W 43RD ST
NEW YORK, NY    10036

ESBER, ED

2075 DE LA CRUZ BLVD
SANTA CLARA, CA    95050

CLAY, O PERRY

1 SHARP PLAZA
MAHWAH, NJ    07430

KEYSTONE TOWING

7817 WOODLEY AVE
VAN NUYS, CA    91406

When space is not available on a small claims form, this form may be used to list additional plaintiffs and defendants. If this form is used, be sure to attach it to the accompanying small claims form and serve both together on the plaintiffs and defendants as provided by law.

5

**ATTACHMENT**

SC3JC        ADDITIONAL PLAINTIFFS AND DEFENDANTS

CENTRAL DISTRICT
COUNTY COURTHOUSE, 110 N. GRAND AVE.
LOS ANGELES

SMALL CLAIMS CASE NO: LAM 01M03404

**Names and addresses of additional plaintiffs and defendants:**

*Nombres y direcciones de los demandantes y demandados adicionales:*

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| | GALVIN, CHRIS |
| | 1303 ALGUIQUIN RD<br>SCHUAMBURG, IL    60196 |
| | POSTI, JO |
| | 1303 ALGUNQUIN RD<br>SCHAUMBURG, IL    60196 |
| | HOFFMAN, PAUL |
| | 4929 WILSHIRE BLVD<br>LOS ANGELES, CA    90010 |
| | PERRY'S |
| | 2600 OCEAN FRONT WALK<br>SANTA MONICA, CA    90401 |
| | CHEMERINSKY, ERWIN |
| | USC LAW SCHOOL<br>LOS ANGELES, CA    90089 |
| | SOBEL, CAROLYN |
| | 100 WILSHIRE BLVD<br>LOS ANGELES, CA |
| | JENSEN, RAYMOND A |
| | 222-40 96TH AVENUE<br>QUEENS VILLAGE, NY 11429 |
| | DOOLEY, JIM |
| | 222-40 96TH AVE<br>QUEENS VILLAGE, NY 11429 |
| | ZUCKERMAN, MORTIMER |
| | 450 W 33RD ST<br>NEW YORK, NY    10036 |
| | SULZBERGER, ARTHUR OCHS JR |
| | 229 W 43RD ST<br>NEW YORK, NY    10036 |
| | ROSENTHAL, A. M. |
| | 229 W 43RD ST<br>NEW YORK, NY    10036 |

When space is not available on a small claims form, this form may be used to list additional plaintiffs and defendants. If this form is used, be sure to attach it to the accompanying small claims form and serve both together on the plaintiffs and defendants as provided by law.

6

SC3JC    ADDITIONAL PLAINTIFFS AND DEFENDANTS    ATTACHMENT

CENTRAL DISTRICT
COUNTY COURTHOUSE, 110 N. GRAND AVE.
LOS ANGELES

SMALL CLAIMS CASE NO: LAM 01M03404

Names and addresses of additional plaintiffs and defendants:

*Nombres y direcciones de los demandantes y demandados adicionales:*

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| | WICKER, TOM |
| | 229 W 43RD ST<br>NEW YORK, NY    10036 |
| | CHANDLER, KEN |
| | 1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY    10036 |
| | FRANTZ, RODGERS |
| | 9-01 44TH DRIVE<br>LONG ISLAND CT, NY 11101 |
| | FRANTZ, MARCIA |
| | 9-01 44TH DR<br>LONG ISLAND CT, NY 11101 |
| | MATORIN, PETER |
| | 99 PARK AVENUE<br>NEW YORK, NY    10016 |
| | GUCCIONE, BOB JR |
| | 205 LEXINGTON AVENUE<br>NEW YORK, NY    10016 |
| | GUCCIONE, BOB SR |
| | 277 PARK AVENUE<br>NEW YORK, NY    10172 |
| | KURFIRST, GARY |
| | 350 W END AVE #1-A<br>NEW YORK, NY    10024 |
| | ANIS, NICK |
| | 25 WALNUT DR<br>DIAMOND BAR, CA    90079 |
| | ANIS, PATTY |
| | 25 WALNUT DRIVE<br>DIAMOND BAR, CA    90079 |
| | HEIMERT, GLEN |
| | 333 CITY BOULEVARD WEST<br>ORANGE, CA    92868 |

When space is not available on a small claims form, this form may be used to list additional plaintiffs and defendants. If this form is used, be sure to attach it to the accompanying small claims form and serve both together on the plaintiffs and defendants as provided by law.

1

ATTACHMENT

SC3JC        ADDITIONAL PLAINTIFFS AND DEFENDANTS

CENTRAL DISTRICT
COUNTY COURTHOUSE, 110 N. GRAND AVE.
LOS ANGELES

SMALL CLAIMS CASE NO: LAM 01M03404

Names and addresses of additional plaintiffs and defendants:
Nombres y direcciones de los demandantes y demandados adicionales:

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| You will also be served. I'll amend you out when I start getting my 1616 7th St SM 90401 mail delivered directly to Michael Newman POB 13495 LA CA 90013. | DI GIACOMO, JOE<br>1248 5TH ST<br>SANTA MONICA, CA 90401 |
| | CHIANG, ROBERT<br>1927 HARBOR BLVD SUITE A<br>COSTA MESA, CA 92627 |
| | ROTH, ROBERT MR<br>LANGHORNE, PA |
| | ROTH, ROBERT MRS<br>LANGHORNE, PA |
| | POSTMASTER ✓ Russel<br>LOS ANGELES, CA 90025 |
| | COLES, ONIKA<br>1616 7TH STREET<br>SANTA MONICA, CA 9040-1 |
| | LEWIS, PETER H<br>229 W 43RD ST<br>NEW YORK, NY 10036 |
| | MENDELSON, EDWARD<br>YALE UNIVERSITY<br>NEW HAVEN, CT |
| ⊗ They are not a commercial mail drop. It's another homeless civil rights violation, and you really ought to amend the process | BERNSTEIN, JAMIE<br>THE DAKOTA 1 WEST 72ND ST<br>NEW YORK, NY 10024 |
| | RIPSTON, RAMONA<br>1616 BEVERLY BLVD<br>LOS ANGELES, CA 90026 |
| | ROSENBAUM, MARK<br>1616 BEVERLY BLVD<br>LOS ANGELES, CA 90026 |

When space is not available on a small claims form, this form may be used to list additional plaintiffs and defendants. If this form is used, be sure to attach it to the accompanying small claims form and serve both together on the plaintiffs and defendants as provided by law.

8

SC3JC — ADDITIONAL PLAINTIFFS AND DEFENDANTS — **ATTACHMENT**

CENTRAL DISTRICT
COUNTY COURTHOUSE, 110 N. GRAND AVE.
LOS ANGELES

SMALL CLAIMS CASE NO: LAM 01M03404

Names and addresses of additional plaintiffs and defendants:

*Nombres y direcciones de los demandantes y demandados adicionales:*

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| | ARCHENHOLD, BOB |
| | 200 TAYLOR ST #600<br>FORT WORTH, TX   76102 |
| | VAN KURAN, LINDA |
| | 333 CITY BOULEVARD<br>ORANGE, CA   92868 |
| | SINGERMAN, KAREN |
| | 333 CITY BOULEVARD<br>ORANGE, CA   92868 |
| | DVORAK, MIMI |
| | 28 WEST 28TH ST<br>NEW YORK, NY   10016 |
| | DAVIS, SUSAN |
| | 100 THROCKMORTON ST<br>FORT WORTH, TX   76102 |
| | ROBERTS, LEONARD |
| | 100 THROCKMORTON ST<br>FORT WORTH, TX   76102 |
| | LOBEL, HANAN |
| | 14649 VICTORY STREET<br>VAN NUYS, CA   91411 |
| | KELLEY, TED |
| | 175 BERKELEY ST<br>BOSTON, MA   02117 |
| | MERRILL, JAMES |
| | 107 WATER STREET<br>STONINGTON, CT |
| | PLIMPTON, GEORGE MRS |
| | 541 E 72ND ST<br>NEW YORK, NY   10021 |
| | MORK, BARBARA |
| | 1616 7TH ST<br>SANTA MONICA, CA   90401 |

When space is not available on a small claims form, this form may be used to list additional plaintiffs and defendants. If this form is used, be sure to attach it to the accompanying small claims form and serve both together on the plaintiffs and defendants as provided by law.

9

SC3JC         ADDITIONAL PLAINTIFFS AND DEFENDANTS         ATTACHMENT

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Los Angeles, California 90012.

On April 19, 2001, I served NOTICE OF REMOVAL OF CIVIL ACTION. [28 U.S.C. § 2679(d)(2)] on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing: April 19, 2001. Place of mailing: 300 North Los Angeles Street, Los Angeles, CA 90012. Person(s) and/or Entity(ies) to Whom mailed:

Michael Newman
1616 - 7th Street
Santa Monica, CA 90401

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: April 19, 2001 at Los Angeles, California

Janice E. Micheaux